IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KEITH DENNIS                                                              Plaintiff

v.                                      5:08CV00172 WRW/HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                                  Defendant

## ORDER

Defendant has filed a Motion to Dismiss, or in the Alternative, to Transfer this Case, on Grounds of Improper Venue.  (Docket #5) The Motion points out that Plaintiff lives in Camden, Arkansas, which is in the Western District of Arkansas.

> Any individual, after any final decision of the Commissioner of Social Security made after a hearing to which he was a party, . . . may obtain a review of such decision by a civil action . . . .  Such action shall be brought in the district court of the United States for the judicial district in which the plaintiff resides, or has his principal place of business . . . .

42 U.S.C. § 405(g).

Section 405(g) is quite clear that venue is proper where Plaintiff resides.  (Since he is seeking disability benefits, he is presumably not presently employed.)  Accord, Randolph v. Barnhart, 386 F.3d 835, 836 n.3 (8th Cir. 2004); Mazaleski v. Sullivan, (1992, D. D.C.) CCH Unemployment Ins. Rep. ¶ 16837A; 1992 WL 205095.

Plaintiff has responded that he has no objection to the granting of Defendant's Motion.

Accordingly, it is hereby

ORDERED that Defendant's Motion to Transfer this case to the

United States District Court for the Western District of Arkansas is hereby granted.  The Clerk is directed to immediately transfer this case.

DATED this 25th day of July, 2008.

*Henry L. Jones, Jr.*
UNITED STATES MAGISTRATE JUDGE